IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL HOUSTON,

       Petitioner,

vs.                                CASE NO. 4:07-CV-358-SPM/WCS

WALTER A. MCNEIL,

       Respondent.

_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This cause comes before the Court for a determination of whether a certificate of appealability should issue pursuant to Petitioner's notice of appeal (doc. 25) and Federal Rule of Appellate Procedure 22(b)(1). A petitioner seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Petitioner argues in Ground One of his "Request for a Certificate of Appealability" (doc. 26) that the State of Florida failed to prove the case of Capital Sexual Battery, for which he is imprisoned, in violation of the Due Process Clause of the Fourteenth Amendment. As thoroughly explained in the Court's "Order Adopting Report and Recommendation" (doc. 23) and the Report and Recommendation (doc. 19), Petitioner's claim is procedurally defaulted, as

he failed to fairly present his federal claim to the state court. Moreover, as the jury properly considered the evidence before it and resolved any inconsistencies in testimony, the Petitioner has suffered no prejudice as a result of the default.

In Grounds Three and Five of Petitioner's "Request for a Certificate of Appealability" (doc. 26), Petitioner alleges insufficiency of counsel. As thoroughly explained in the Court's "Order Adopting Report and Recommendation" (doc. 23) and the Report and Recommendation (doc. 19), Petitioner's counsel's performance was not deficient and Petitioner suffered no prejudice as a result of Petitioner's counsel's failure to move for a hearing on the victim's competency to testify, as the trial judge stated that she would not have ruled the victim incompetent because there was no evidence that the victim was not competent. Moreover, as expressed in the Court's "Order Adopting Report and Recommendation" (doc. 23) and the Report and Recommendation (doc. 19), Petitioner's appellate counsel's performance was not deficient and Petitioner suffered no prejudice as a consequence of Petitioner's appellate counsel's representation.

Based on the foregoing, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right.  Therefore, no certificate of appealability will be issued.

SO ORDERED this <u>nineteenth</u> day of June, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge